# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | |
| Plaintiff, | : | Case Number: 3:13-po-42 |
| vs. | : | Magistrate Judge Sharon L. Ovington |
| SHATEL McSHANN, | : | |
| Defendant. | : | |

## ORDER OF DISMISSAL/WARRANT WITHDRAWN

It is hereby ORDERED that this case is dismissed sua sponte and that the warrant issued on September 9, 2013 is WITHDRAWN.

March 24, 2017                                              s/Sharon L. Ovington
                                                                    Sharon L. Ovington
                                                                    United States Magistrate Judge